IN RE ROBERT C.*
(9134)

DUPONT, C. J., DALY and HEIMAN, Js.

Argued February 5—decision released February 26, 1991

*Kent Drager,* assistant public defender, with whom, on the brief, was *G. Douglas Nash,* public defender, for the appellant (respondent).

*Joseph J. Kristan, Jr.,* state's advocate, for the appellee (petitioner).

PER CURIAM. The judgment is affirmed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 2026, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.